Form 4-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**        **FORM 4**

GENERIC CROP SCIENCE LLC

Plaintiff,

v.

UNITED STATES CUSTOMS AND BORDER PROTECTION, RODNEY S. SCOTT, IN HIS OFFICIAL CAPACITY AS COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION; AND THE UNITED STATES OF AMERICA

Defendant.

**SUMMONS**
**Court No.  26-03342**

**TO:**    The Above-Named Defendant:

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 21* days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



**/s/ Gina Justice**
Clerk of the Court

Name, Firm, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

/s/ R. Will Planert

_____
Signature of Plaintiff's Attorney

R. Will Planert
Taft Stettinius & Hollister LLP
1333 New Hampshire Avenue, NW, Suite 800
Washington, D.C. 20036
202-216-4819
wplanert@taftlaw.com

July 24, 2026

_____
Date

*  If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)